

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00874-CV

Juan Alberto **CASTILLO** and Ana L. Perez,
Appellants

v.

**COMPASS BANK**,
Appellees

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2014-CVD-000024-L2
Honorable Jesus Garza, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

We order that appellee Compass Bank recover its costs of appeal, if any, from appellants Juan Alberto Castillo and Ana L. Perez.

SIGNED April 15, 2015.

_____
Marialyn Barnard, Justice